**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## <u>SHORT FORM COMPLAINT AND JURY DEMAND</u>

The Plaintiffs named, identified, and set forth in Exhibit A hereby file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in the attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF").  As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | NATIONAL FOAM, INC. |
| Defendant 17 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | TYCO FIRE PRODUCTS L.P. |
| Defendant 20 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |

| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

☐      Diversity

☐      Federal Question

☒      The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐      Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer

Testicular Cancer
Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

Count I – Defective Design
Count II – Failure to Warn
Count III – Negligence
Count IV – Negligence Per Se
Count V – Trespass and Battery
Count VI – Strict Product Liability
Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
Count VIII – Concealment, Misrepresentation, and Fraud
Count IX – Conspiracy
Count X – Wrongful Death
Count XI – Loss of Consortium

Other Causes of Action:
Count XII – Negligent, Intentional, and Reckless Infliction of Emotional Distress
Count XIII – _____
Count XIV – _____
Count XV – _____
Count XVI – _____
Count XVII – _____
Count XVIII – _____
Count XIX – _____
Count XX – _____
Others

---

---

### **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.


Dated: September 3, 2025

Respectfully submitted,

**Douglas & London PC**

By: <u>s/ Michael A London</u>
Michael A. London, Esq.
Gary J. Douglas, Esq.
Rebecca G. Newman, Esq.
Tate J. Kunkle, Esq.
One State Street, 35th Fl.
New York, NY 10004
(212) 566-7500
<u>mlondon@douglasandlondon.com</u>

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name (*if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2]) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Albrent, James | 03/24/1957 | WI | United States of the District Court for the Eastern District of Wisconsin | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Antrim, Lonny | 07/26/1944 | MI | United States of the District Court for the Eastern District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 3. | Marilyn Antrim o/b/o Lonny Antrim | 01/28/1945 | MI | United States of the District Court for the Eastern District of Michigan | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 4. | Barnes Jr., William | 01/18/1959 | NC | United States of the District Court for the Eastern District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 5. | Marge Briggs-Barnes o/b/o William Barnes Jr. | 08/26/1965 | NC | United States of the District Court for the Eastern District of North Carolina | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 6. | Barrett, Dennis K. | 04/30/1958 | MI | United States of the District Court for the Eastern District of Michigan | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 7. | Lowary Barrett o/b/o Dennis K. Barrett | 03/1961 | MI | United States of the District Court for the Eastern | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Michigan | | | | | |
| 8. | Bauer, Ian | 06/01/1968 | NY | United States of the District Court for the Southern District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9. | Beuhring, James | 04/16/1950 | WV | United States of the District Court for the Southern District of West Virginia | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 10. | Melinda Beuhring o/b/o James Beuhring | 11/19/1954 | WV | United States of the District Court for the Southern District of West Virginia | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 11. | Branch Maine, Laura | 01/07/1958 | ME | United States of the District | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Court for the District of Maine | | | | | |
| 12. | Brouillette, John | 05/02/1964 | NY | United States of the District Court for the Northern District of New York | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Bryant, Jackie | 01/09/1954 | KY | United States of the District Court for the Eastern District of Kentucky | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Burnett Jr, Raymond | 07/16/1967 | NJ | United States of the District Court for the District of New Jersey | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15. | Casano, Erik | 01/15/1984 | CA | United States of the District Court for the Central | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of California | | | | | |
| 16. | Caskey, Michael | 04/01/1968 | IN | United States of the District Court for the Southern District of Indiana | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17. | Cooper, Katherine | 03/07/1939 | PA | United States of the District Court for the Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 18. | Harry Cooper o/b/o Katherine Cooper | 05/1975 | PA | United States of the District Court for the Eastern District of Pennsylvania | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 19. | Darden, Paul | 11/26/1961 | NC | United States of the District Court for the Eastern | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of North Carolina | | | | | |
| 20. | Ola Darden o/b/o Paul Darden | 05/21/1960 | NC | United States of the District Court for the Eastern District of North Carolina | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 21. | Deason, Terry | 07/27/1958 | AL | United States of the District Court for the Northern District of Alabama | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 22. | Debra Deason o/b/o Terry Deason | 12/08/1965 | AL | United States of the District Court for the Northern District of Alabama | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 23. | Dunn, Cheryl | 12/12/1966 | NY | United States of the District | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Court for the Northern District of New York | | | | | |
| 24. | Fisher, Amanda | 03/16/1987 | PA | United States of the District Court for the Middle District of Pennsylvania | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25. | Flores Navarro, Miguel | 05/01/1991 | NV | United States of the District Court for the District of Nevada | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26. | Frasz, Robert Burke | 05/28/1960 | MN | United States of the District Court for the District of Minnesota | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | Gaetano Fox, Alexis | 06/04/1992 | NY | United States of the District Court for the Western | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of New York | | | | | |
| 28. | Geer, Joyce Cheryl | 10/02/1943 | KS | United States of the District Court for the District of Kansas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 29. | John Geer o/b/o Joyce Cheryl Geer | 11/1969 | KS | United States of the District Court for the District of Kansas | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 30. | Gurrieri, Debora | 09/15/1964 | NJ | United States of the District Court for the District of New Jersey | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Hagan, Brian | 07/24/1978 | NY | United States of the District Court for the Eastern District of New York | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 32. | Hamilton, Michael | 04/07/1950 | PA | United States of the District Court for the Eastern District of Pennsylvania | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 33. | Patricia Hamilton o/b/o Michael Hamilton | 07/14/1952 | PA | United States of the District Court for the Eastern District of Pennsylvania | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 34. | Heller, Frances | 09/07/1966 | CA | United States of the District Court for the Northern District of California | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35. | Heslop, Horace | 06/30/1960 | DE | United States of the District Court for the District of Delaware | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 36. | Carol Pryce o/b/o Horace Heslop | 12/1963 | DE | United States of the District Court for the District of Delaware | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 37. | Hooper, Marvin | 06/07/1966 | NV | United States of the District Court for the District of Nevada | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 38. | Bernadette Rhodes o/b/o Marvin Hooper | 05/18/1965 | NV | United States of the District Court for the District of Nevada | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 39. | Horan, Gary | 08/27/1961 | OK | United States of the District Court for the Northern District of Oklahoma | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Hough, James | 08/23/1961 | MI | United States of the District | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Court for the Western District of Michigan | | | | | |
| 41. | Susan Hough o/b/o James Hough | 08/15/1975 | MI | United States of the District Court for the Western District of Michigan | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 42. | Ipina, Virginia | 12/07/1936 | CA | United States of the District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Jackson, Curt | 08/08/1956 | IL | United States of the District Court for the Central District of Illinois | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 44. | Teresa Jackson o/b/o Curt Jackson | 09/22/1964 | IL | United States of the District | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Court for the Central District of Illinois | | | | | |
| 45. | Jefferson, Bryan | 06/19/1965 | AL | United States of the District Court for the Northern District of Alabama | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 46. | Amelia Grayson Jefferson o/b/o Bryan Jefferson | 09/1954 | AL | United States of the District Court for the Northern District of Alabama | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 47. | King, Kevin | 12/14/1960 | WA | United States of the District Court for the Western District of Washington | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Koenig, Jorel | 04/03/1982 | OH | United States of the District | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Court for the Southern District of Ohio | | | | | |
| 49. | Locklear, Rachel | 05/31/1947 | NC | United States of the District Court for the Eastern District of North Carolina | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 50. | Orland Locklear, Jr o/b/o Rachel Locklear | 10/16/1965 | NC | United States of the District Court for the Eastern District of North Carolina | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 51. | Magness, Jr., Larry | 09/01/1963 | IN | United States of the District Court for the Southern District of Indiana | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | Mance, Donny | 07/21/1953 | IL | United States of the District Court for the Northern District of Illinois | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53. | McCain, Helen | 01/08/1958 | OH | United States of the District Court for the Southern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | McCarthy, Mary J. | 05/06/1957 | IL | United States of the District Court for the Northern District of Illinois | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Miller, Cedric | 07/16/1978 | GA | United States of the District Court for the Northern District of Georgia | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 56. | Musser, Kerry | 06/05/1957 | IL | United States of the District Court for the Northern District of Illinois | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 57. | Jesus Rivera Acosta o/b/o Kerry Musser | 11/07/1977 | IL | United States of the District Court for the Northern District of Illinois | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 58. | Piazza, Michael | 03/01/1963 | MA | United States of the District Court for the District of Massachusetts | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59. | Polgar, Peter | 08/11/1958 | FL | United States of the District Court for the Middle District of Florida | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 60. | Postel, Jennie | 04/01/1976 | MN | United States of the District Court for the District of Minnesota | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Powell, Michael | 03/11/1970 | KS | United States of the District Court for the District of Kansas | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 62. | Veronica Powell o/b/o Michael Powell | 07/1974 | KS | United States of the District Court for the District of Kansas | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 63. | Quigley, Kevin | 05/29/1953 | MN | United States of the District Court for the District of Minnesota | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Reece, Steve | 08/07/1956 | MO | United States of the District Court for the | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Eastern District of Missouri | | | | | |
| 65. | Charlene Reece o/b/o Steve Reece | 01/13/1963 | MO | United States of the District Court for the Eastern District of Missouri | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 66. | Reed, Dorothy | 03/29/1950 | FL | United States of the District Court for the Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Reid, Norman | 10/22/1944 | NJ | United States of the District Court for the District of New Jersey | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | Reyes, Carfedlen | 07/04/1978 | FL | United States of the District Court for the Southern | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Florida | | | | | |
| 69. | Rhodes, Jerome | 04/16/1955 | WA | United States of the District Court for the Western District of Washington | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70. | Ritchie, Kerry | 12/13/1970 | FL | United States of the District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71. | Robinson, Nakia | 12/04/1975 | CA | United States of the District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | Roehm, Sheri | 08/16/1963 | NY | United States of the District Court for the Northern | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of New York | | | | | |
| 73. | Roper, Jeffrey | 02/26/1973 | IL | United States of the District Court for the Northern District of Illinois | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Ross, Dylan | 09/24/2002 | IL | United States of the District Court for the Southern District of Illinois | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75. | Sanches, Christopher | 06/09/1988 | CA | United States of the District Court for the Central District of California | No | Yes | No | Testicular Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | Sanchez, Ruben | 09/01/2001 | CO | United States of the District Court for the | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Colorado | | | | | |
| 77. | Sanders, Amy | 04/28/1977 | KY | United States of the District Court for the Eastern District of Kentucky | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78. | Santos, Gregorio | 09/15/1954 | FL | United States of the District Court for the Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79. | Schaffer, Theresa | 05/19/1968 | CO | United States of the District Court for the District of Colorado | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80. | Sciame, Jesse | 10/30/1983 | FL | United States of the District Court for the Middle | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Florida | | | | | |
| 81. | Seamonson, Aaron | 04/18/1980 | WI | United States of the District Court for the Western District of Wisconsin | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Shanks, Cheryl | 02/05/1963 | MO | United States of the District Court for the Eastern District of Missouri | Yes | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83. | Shelafo, Saundra | 07/21/1970 | CO | United States of the District Court for the District of Colorado | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Short, James | 06/12/1948 | NC | United States of the District Court for the Middle District of | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | North Carolina | | | | | |
| 85. | Smee, Amy | 04/18/1955 | CA | United States of the District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 86. | Stephen Smee o/b/o Amy Smee | 10/08/1963 | CA | United States of the District Court for the Central District of California | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 87. | Smith, Joey | 11/01/1957 | IL | United States of the District Court for the Southern District of Illinois | No | Yes | No | Kidney Cancer and Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | Smith, Walter | 05/11/1976 | OK | United States of the District Court for the Eastern | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Oklahoma | | | | | |
| 89. | Sommer, Michael | 07/02/1953 | IA | United States of the District Court for the Southern District of Iowa | Yes | Yes | No | Kidney Cancer and Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90. | Stachorowski, Matthew | 02/15/1963 | FL | United States of the District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | Stamand II, William | 07/30/1981 | ME | United States of the District Court for the District of Maine | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92. | Starcevich, Anthony | 05/16/1954 | IL | United States of the District Court for the Central | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Illinois | | | | | |
| 93. | Stark, Heather | 12/16/1989 | NY | United States of the District Court for the Southern District of New York | No | Yes | No | Thyroid Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | Steiner, Sam | 06/14/1981 | VA | United States of the District Court for the Eastern District of Virginia | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95. | Stewart, David Abraham | 08/11/1954 | OH | United States of the District Court for the Southern District of Ohio | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 96. | Frank Stewart o/b/o David Abraham Stewart | 07/1989 | OH | United States of the District Court for the Southern | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Ohio | | | | | |
| 97. | Strande, Amara | 04/16/2002 | MN | United States of the District Court for the District of Minnesota | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 98. | Michael Strande o/b/o Amara Strande | 08/07/1963 | MN | United States of the District Court for the District of Minnesota | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 99. | Surles, Jenny | 08/19/1975 | FL | United States of the District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 100. | Roy Surles o/b/o Jenny Surles | 07/04/1972 | FL | United States of the District Court for the Middle District of Florida | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 101. | Swierczynski, Joseph | 04/01/1969 | MI | United States of the District Court for the Eastern District of Michigan | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 102. | Jamie Swierczynski o/b/o Joseph Swierczynski | 12/30/1984 | MI | United States of the District Court for the Eastern District of Michigan | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 103. | Taylor, Samuel | 12/23/1971 | GA | United States of the District Court for the Southern District of Georgia | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Thogersen, James | 05/06/1960 | FL | United States of the District Court for the Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 105. | Thompson, Edward | 05/13/1946 | OH | United States of the District Court for the Northern District of Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106. | Torina, Vincent | 05/07/1989 | FL | United States of the District Court for the Middle District of Florida | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107. | Townes, Jr., Freddie | 03/23/1966 | NJ | United States of the District Court for the District of New Jersey | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108. | Turner, Douglas | 03/16/1963 | KY | United States of the District Court for the Eastern District of Kentucky | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 109. | Van Renesse, Gerard | 07/07/1964 | FL | United States of the District Court for the Middle District of Florida | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Vanravenswaay, Stephen | 09/11/1972 | MI | United States of the District Court for the Western District of Michigan | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 111. | Lisa Beerman o/b/o Stephen Vanravenswaay | 02/1973 | MI | United States of the District Court for the Western District of Michigan | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 112. | Vartanian, Vanoosh | 03/11/1945 | CA | United States of the District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 113. | Vaughn, Danny | 08/11/1957 | FL | United States of the District Court for the Northern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114. | Velkov, George | 10/13/1989 | MI | United States of the District Court for the Western District of Michigan | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115. | Vickers, Jeffery | 05/29/1960 | KY | United States of the District Court for the Eastern District of Kentucky | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116. | Villasenor, Leopoldo | 05/17/1961 | AZ | United States of the District Court for the District of Arizona | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 117. | Wallace, Robert | 06/27/1975 | CA | United States of the District Court for the Eastern District of California | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118. | Walsh, Anna | 03/19/1962 | MA | United States of the District Court for the District of Massachusetts | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119. | Washington, William | 02/07/1939 | CA | United States of the District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 120. | Charlena Washington o/b/o William Washington | 09/05/1945 | CA | United States of the District Court for the Central District of California | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 121. | Waybright, Blaine | 05/25/1974 | WV | United States of the District Court for the Southern District of West Virginia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122. | Webb, Miarita | 01/25/1954 | FL | United States of the District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123. | Weber, Ronald | 03/26/1956 | FL | United States of the District Court for the Southern District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Webster, William | 04/24/1998 | TX | United States of the District Court for the Northern | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Texas | | | | | |
| 125. | Weeks, William | 01/29/1997 | NY | United States of the District Court for the Western District of New York | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126. | Welsch, Joseph | 01/06/1961 | CA | United States of the District Court for the Southern District of California | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 127. | Katherine Welsch o/b/o Joseph Welsch | 06/20/1963 | CA | United States of the District Court for the Southern District of California | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 128. | White, Beverly | 01/09/1941 | IN | United States of the District Court for the Southern | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | District of Indiana | | | | | |
| 129. | Holly White o/b/o Beverly White | 12/17/1963 | IN | United States of the District Court for the Southern District of Indiana | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 130. | Whitlatch, Zachary | 06/09/1984 | WV | United States of the District Court for the Northern District of West Virginia | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 131. | Williams, Bradley | 03/23/1974 | FL | United States of the District Court for the Middle District of Florida | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132. | Williams, Tinek | 10/17/1973 | PA | United States of the District Court for the | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Eastern District of Pennsylvania | | | | | |
| 133. | Williamson, Dan | 09/05/1958 | NC | United States of the District Court for the Eastern District of North Carolina | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134. | Willoughby, Kenneth | 02/10/1951 | OH | United States of the District Court for the Southern District of Ohio | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135. | Wilson, Gregory | 09/27/1965 | CA | United States of the District Court for the Central District of California | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136. | Wilson, Shelley | 04/14/1949 | MI | United States of the District | No | Yes | No | Kidney Cancer and Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

|  | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Court for the Western District of Michigan |  |  |  |  |  |
| 137. | Wizner, Pamela | 12/16/1953 | FL | United States of the District Court for the Southern District of Florida | No | Yes | No | Kidney Cancer, Thyroid Disease and Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138. | Woodard, David | 02/02/1957 | WA | United States of the District Court for the Western District of Washington | Yes | Yes | No | Kidney Cancer, Thyroid Disease and Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139. | Wright, Wesley | 01/06/1981 | AL | United States of the District Court for the Southern District of Alabama | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140. | Yockelson, Richard | 01/09/1950 | FL | United States of the District | No | Yes | No | Testicular Cancer and Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Court for the Southern District of Florida | | | | | |
| 141. | Zarate, David | 12/20/1993 | CA | United States of the District Court for the Central District of California | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 142. | Irene Zarate o/b/o David Zarate | 11/04/1951 | CA | United States of the District Court for the Central District of California | See injured party row above. | See injured party row above. | See injured party row above. | See injured party row above. | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 143. | Zumbach, Julie | 02/02/1968 | MN | United States of the District Court for the District of Minnesota | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |